# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **CRESENCIO ALTAMIRANO,** | Bankruptcy No. 14-46214 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #35)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on December 1, 2016.

Dated: December 2, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **CRESENCIO ALTAMIRANO,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Joseph P Doyle**  joe@fightbills.com, courts@fightbills.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

| **VIA US Mail**<br>Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | **VIA US Mail**<br>Fifth Third Bank<br>Po Box 9013<br>Addison, Tx 75001 |
|---|---|
| **VIA US Mail**<br>Cresencio Altamirano<br>4205 Foli Street<br>Plano, IL 60545 | |