# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Cresencio Altamirano | § | Case No. 14-46214 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,215.00                           Assets Exempt: 35,375.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,516.93           Claims Discharged
                                                      Without Payment: 126,005.90

Total Expenses of Administration: 1,983.07

---

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 5,581.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,983.07 | 1,983.07 | 1,983.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,212.00 | 109,285.83 | 109,285.83 | 5,516.93 |
| **TOTAL DISBURSEMENTS** | $ 130,793.00 | $ 111,268.90 | $ 111,268.90 | $ 7,500.00 |

4) This case was originally filed under chapter 7 on 12/31/2014 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2017           By: /s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4205 Foli St. Plano, Il 60545 | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 5,581.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 5,581.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 14.95 | 14.95 | 14.95 |
| Associated Bank | 2600-000 | NA | 75.48 | 75.48 | 75.48 |
| The Bank of New York Mellon | 2600-000 | NA | 42.64 | 42.64 | 42.64 |
| Adam wolverton | 3711-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,983.07 | $ 1,983.07 | $ 1,983.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 8,141.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,474.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 5,041.00 | NA | NA | 0.00 |
| 1 | Synchrony Bank | 7100-000 | 807.00 | 1,401.00 | 1,401.00 | 1,401.00 |
| 2 | Synchrony Bank | 7100-000 | 1,418.00 | 1,553.83 | 1,553.83 | 1,553.83 |
| 3 | Fifth Third Bank | 7200-000 | 106,331.00 | 106,331.00 | 106,331.00 | 2,562.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 125,212.00 | $ 109,285.83 | $ 109,285.83 | $ 5,516.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-46214 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Cresencio Altamirano | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/26/2015 |
| For Period Ending: | 02/21/2017 | | | | Claims Bar Date: | 05/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4205 Foli St. Plano, Il 60545 | 80,000.00 | 7,500.00 | | 7,500.00 | FA |
| 2. Checking, savings or other financial accounts | 360.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 375.00 | 0.00 | | 0.00 | FA |
| 4. Books, pictures and other art objects, antiques, stamp, coin | 70.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 975.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) retirement plan | 13,000.00 | 0.00 | | 0.00 | FA |
| 9. 2014 Income Tax Refund | 3,300.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Audi A4 Quatro | 1,711.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Nissan Sentra | 5,549.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $105,590.00 | $7,500.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has filed an objection to a secured claim.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Real Estate Located At 4205 Foli St. Plano, Il 60545 |
| RE PROP # | 2 | -- | Checking Account With Fifth Third Bank |
| RE PROP # | 3 | -- | Miscellaneous Used Household Goods And Furnishings |
| RE PROP # | 4 | -- | Books, pictures and CD's |
| RE PROP # | 5 | -- | Wearing apparel |
| RE PROP # | 6 | -- | Miscellaneous Costume Jewelry |
| RE PROP # | 7 | -- | Term Life Insurance policy through employer - (No cash surrender value) |
| RE PROP # | 8 | -- | 401(k) / Retirement plan through employer - 100% exempt. |
| RE PROP # | 9 | -- | Estimated 2014 Tax Refund Of $3300.00 |
| RE PROP # | 10 | -- | Automobile - 2001 Audi A4 Quatro - 141,000 miles - Paid in Full - Full Coverage Auto Insurance |
| RE PROP # | 11 | -- | Automobile - 2008 Nissan Sentra - 67,500 miles - Current/Reaffirm - Full Coverage Auto Insurance |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-46214 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Cresencio Altamirano | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4313 |
| | Checking |
| Taxpayer ID No: XX-XXX1827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5000 | Transfer of Funds | 9999-000 | $7,457.36 | | $7,457.36 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,447.36 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.07 | $7,436.29 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.70 | $7,425.59 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.04 | $7,414.55 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.67 | $7,403.88 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.01 | $7,392.87 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.99 | $7,381.88 |
| 02/20/16 | 5001 | Adam Wolverton Berkshire Hathaway 2301 N. Clark Streeit Suite 202 Chicago, Illinois 60614 | Administrative Fee fee for appraising Real estate | 3711-000 | | $350.00 | $7,031.88 |
| 12/23/16 | 5002 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,514.95 | $5,516.93 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($1,500.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($14.95) | 2200-000 | | | |
| | | | Page Subtotals: | | $7,457.36 | $1,940.43 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-46214 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | Cresencio Altamirano | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX4313 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1827 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/21/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 5003 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Distribution | | | $2,954.83 | $2,562.10 |
| | | Synchrony Bank | Final distribution to claim 1 ($1,401.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| | | Synchrony Bank | Final distribution to claim 2 ($1,553.83) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 12/23/16 | 5004 | Fifth Third Bank<br>Po Box 9013<br>Addison, Tx 75001 | Final distribution to claim 3 representing a payment of 2.41 % per court order. | 7200-000 | | $2,562.10 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,457.36 | $7,457.36 |
| Less: Bank Transfers/CD's | $7,457.36 | $0.00 |
| Subtotal | $0.00 | $7,457.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,457.36 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.00   $5,516.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-46214 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Cresencio Altamirano | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX5000 |
| | Checking |
| Taxpayer ID No: XX-XXX1827 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/15 | 1 | Cresencio Altamirano BMO harris Bank | Payment for Real Estate | 1110-000 | $7,500.00 | | $7,500.00 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,490.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.78 | $7,479.22 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.12 | $7,468.10 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.74 | $7,457.36 |
| 07/14/15 | | Transfer to Acct # xxxxxx4313 | Transfer of Funds | 9999-000 | | $7,457.36 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,457.36 |
| Subtotal | $7,500.00 | $42.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $42.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $7,500.00 $7,500.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4313 - Checking | $0.00 | $7,457.36 | $0.00 |
| XXXXXX5000 - Checking | $7,500.00 | $42.64 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals: $0.00 $0.00